UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROMEO R. DE FERNANDEZ, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, et al.,<br><br>   Defendants. | Case No:  C 10-2468 SBA<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

   This matter is scheduled for hearing on November 2, 2010, on Defendant's Motion to Dismiss Plaintiff's Complaint, which was filed on August 30, 2010.  Dkt. 17.  To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

   1.   Any opposition to the motion shall be filed by no than <u>September 21, 2010</u>.  **The failure to timely file an opposition may be construed as a consent to the granting of the motion**.

   2.   Any reply shall be filed by no later than <u>September 28, 2010</u>.

   3.   The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), in which case no appearance for the motion will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.

   IT IS SO ORDERED.

Dated: September 2, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge