|   |   |
|---|---|
| ROMEO R. DE FERNANDEZ, CIRIACO C. DELA CRUZ, VALERIANO V. MARCELINO, VETERANS EQUITY CENTER, a non-profit organization on behalf of themselves and others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS;<br><br>ERIK K. SHINESKI, Secretary of Department of Veterans Affairs;<br><br>MICHAEL WALCOFF, Acting Under Secretary, Veterans Benefits Administration,<br><br>DAVID WEST, Veterans Service Center Manager, Oakland Regional Office of Veterans Benefits Administration;<br><br>        Defendants. | Case No: C 10-2468 SBA<br><br>**ORDER SETTING REVISED BRIEFING SCHEDULE ON MOTION TO DISMISS** |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

At the direction of the Court, Defendants filed a revised motion to dismiss in light of the Ninth Circuit's then controlling decision in Veterans for Common Sense v. Shineki, 644 F.3d 845 (9th Cir. 2011) ("VCS I"). See Dkt. 35. Since the briefing on the motion closed, however, the Ninth Circuit issued an en banc decision vacating VCS I. Veterans for Common Sense v. Shinseki, -- F.3d --, 2012 WL 1574288 (9th Cir., May 7, 2012) ("VCS II") (en banc). As a result, Plaintiffs propose that the Court permit the parties to submit revised opposition and reply briefs to incorporate the Ninth Circuit's recent en banc decision. However, since Defendants' motion is predicated VCS I, which has since been

vacated, the Court concludes that the better course of action is for Defendants to resubmit its motion in light of <u>VCS II</u>. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Within two weeks of the date this Order is filed, Defendants shall file a revised motion to dismiss as set forth above. Plaintiffs' opposition shall be filed two weeks thereafter, and Defendants' reply shall be filed one week after Plaintiffs' file their opposition. The moving and opposition briefs shall be limited to seventeen (17) pages, and the reply shall be limited to ten (10) pages.

2. Defendants' motion to dismiss is set for hearing on **September 18, 2012 at 1:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

3. In view of this Order, Defendants' pending motion to dismiss (Dkt. 35) shall be terminated.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge