STUART F. DELERY
Acting Assistant Attorney General
JUDRY L. SUBAR
Assistant Branch Director
LYNN Y. LEE (SBN #235531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:    202-305-0531
Facsimile:    202-616-8470
E-mail: lynn.lee@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO R. DE FERNANDEZ *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS *et al.* <br><br> Defendants. | CASE NO. C 10-02468 (SBA) <br><br> [~~PROPOSED~~] **ORDER CONTINUING HEARING ON MOTION TO DISMISS** <br><br> Dkt. 46 |

Upon reviewing the parties' Stipulation to Continue Hearing on Motion to Dismiss, the Court hereby ORDERS that the hearing on defendants' Second Revised Motion to Dismiss currently scheduled for September 18, 2012 at 1:00 pm be continued to October 16, 2012, at 1:00 p.m. *The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether an appearance is required.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9-4-12

*/s/ Saundra B Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

PROPOSED ORDER GRANTING STIPULATION                    Case No. 10-2468