UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROMEO R. DE FERNANDEZ, CIRIACO C. DELA CRUZ, VALERIANO V. MARCELINO, VETERANS EQUITY CENTER, a non-profit organization on behalf of themselves and others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS;<br><br>ERIK K. SHINESKI, Secretary of Department of Veterans Affairs;<br><br>MICHAEL WALCOFF, Acting Under Secretary, Veterans Benefits Administration,<br><br>DAVID WEST, Veterans Service Center Manager, Oakland Regional Office of Veterans Benefits Administration;<br><br>        Defendants. | Case No: C 10-2468 SBA<br><br>**ORDER CONTINUING MOTION HEARING** |

    The hearing on Defendants' motion to dismiss scheduled for October 16, 2012 is CONTINUED to <u>December 11, 2012 at 1:00 p.m.</u> Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether a court appearance is required.

    IT IS SO ORDERED.

Dated: October 11, 2012

                                                _Saundra B Armstrong_
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge