UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROMEO R. DE FERNANDEZ, CIRIACO C. DELA CRUZ, VALERIANO C. MARCELINO, VETERANS EQUITY CENTER, a non-profit organization on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS;<br><br>ERIK K. SHINSEKI, Secretary of Veterans Affairs;<br><br>MICHAEL WALCOFF, Acting Under Secretary, Veterans Benefits Administration;<br><br>BRADLEY G. MAYES, Director, Compensation and Pension Service;<br><br>DAVID WEST, Veteran Service Center Manager, Oakland Regional Office of Veterans Benefits Administration;<br><br>Defendants. | Case No:  C 10-02468 SBA<br><br>**JUDGMENT** |

1  In accordance with the Court's Order Granting Defendants' Motion to Dismiss,
2  IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of
3  Defendants.
4  IT IS SO ORDERED.
5  Dated: February 14, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge